FRANK FELICE, PLAINTIFF-RESPONDENT, v. ROSE BERN-
STEIN, DEFENDANT-APPELLANT.

Submitted May 18, 1930—Decided March 5, 1931.

Before Justices CASE, DALY and DONGES.

For the appellant, *Green & Green.*

For the respondent, *Benjamin Baron* and *Jacob Feinberg.*

PER CURIAM.

This appeal brings up a judgment of the District Court
of the city of Bayonne in favor of the plaintiff against the
defendant in the sum of $500.

The suit was brought to recover damages for injuries al-
leged to have been sustained by the plaintiff in consequence
of tripping over a metal nosing on the top step of a flight
of steps leading from the floor on which plaintiff's apart-
ment was located to the front door of the apartment house.

There was ample evidence to show that the nosing in ques-
tion was out of repair at least a month or more prior to the
occurrence; that another person, a woman, had fallen over
this nosing; that the matter was brought to the attention of
one Rebecca Melnick, who was the agent of the owner, the
defendant. Mrs. Melnick testified that she was in charge
of the property for the defendant and that she was charged
with the duty of collecting rents and making repairs. There
was evidence that following the injury to the woman, the
defendant or someone acting for her put a nail in the nosing
as a temporary expedient, and that thereafter no further
repairs were made.

The whole case presented a clear question of fact for the determination of the jury upon the question of the defendant's liability as well as the plaintiff's contributory negligence. Several objections are made to the rulings of the trial judge with respect to the admission of testimony, but we are unable to discover any harmful error, and likewise in the refusal of the trial judge to charge in the language of some of the defendant's requests. The trial judge submitted the matter properly to the jury and there was no harmful error.

The judgment is affirmed, with costs.